No. 00–10002. TAYLOR v. HAWAII DEPARTMENT OF PUBLIC SAFETY ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10004. HERRING v. KEENAN. C. A. 10th Cir. Certiorari denied.

No. 00–10008. HARDY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–10010. BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10011. KING v. LAPPIN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10015. HECTOR v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–10025. ANDREWS v. DAW. C. A. 4th Cir. Certiorari denied.

No. 00–10032. CUEVAS v. CHRANS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10036. LORD v. LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10037. NARY v. HENNESSEY, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 00–10039. MERRIWEATHER v. DELOACH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10047. HATCHER ET AL. v. UNITED STATES; and
No. 00–10274. JONES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 237 F. 3d 827.

No. 00–10049. VANN v. MCCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10050. WILLIAMS v. CITY OF COLORADO SPRINGS ET AL. C. A. 10th Cir. Certiorari denied.